## 57514. COLE v. FROSTGATE WAREHOUSES, INC.

CARLEY, Judge.

By judgment entered on May 17, 1979, this court reversed the judgment of the trial court. *Cole v. Frostgate Warehouses, Inc.,* 150 Ga. App. 320 (257 SE2d 309) (1979). After granting the writ of certiorari, the Supreme Court of Georgia reversed the judgment of this court. *Frostgate Warehouses, Inc. v. Cole,* 244 Ga. 782 (1979). The judgment of the Supreme Court is made the judgment of this court and the judgment of the trial court is affirmed.

*Judgment affirmed. Banke, Acting P. J., and*

*Sognier, J., concur.*

SUBMITTED APRIL 9, 1979 — DECIDED FEBRUARY 5, 1980.

*Short & Fowler, William C. McCalley,* for appellant.
*Wingate & Bartlett, Fred E. Bartlett, Jr.,* for appellee.